Decided April 24, 2003

### STATE OF CONNECTICUT *v.* LAMONT THERGOOD

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 527 (AC 22977), is denied.

*Richard E. Condon, Jr.,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided April 24, 2003

The defendants' petition for certification for appeal from the Appellate Court, 74 Conn. App. 654 (AC 22149), is denied.